

# Fourth Court of Appeals
## San Antonio, Texas

April 6, 2018

No. 04-16-00186-CV

**COTTER & SONS, INC.;** James F. Cotter; Alamo Towers-Cotter, LLC; Cotter 11211 Katy Freeway Building, LP; Cotter 7447 Harwin Building, LP; Cotter Equities LLC; Cotter Harwin Equities LLC; Cotter Katy Equities LLC; Cotter Katy Freeway Building, LP; Et Al.,
Appellants

v.

**BJ CORPORATION D/B/A NATIONAL BUILDING SERVICE,**
Appellees

From the 438th Judicial District Court, Bexar County, Texas
Trial Court No. 2012-CI-09427
Honorable Gloria Saldana, Judge Presiding

# O R D E R

Sitting: Sandee Bryan Marion, Chief Justice
    Marialyn Barnard, Justice
    Patricia O. Alvarez, Justice

The panel has considered Appellee's November 9, 2017 motion for rehearing. The motion is DENIED. *See* TEX. R. APP. P. 49.5.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 6th day of April, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court